# UNITED STATES DISTRICT COURT

For The
Eastern District of Tennessee

U S. DISTRICT COURT
GREENEVILLE TN

2011 OCT 20  P 1: 39

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:11-MJ- 199 |
| | ) | |
| LESLIE ASHMORE | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 7, 2011, in the county of Sullivan, in the Eastern District of Tennessee, the defendant violated 18 U.S.C. § 922(g)(1), an offense described as follows:

### COUNT ONE

The United States Attorney charges that on or about October 7, 2011, in the Eastern District of Tennessee, defendant LESLIE ASHMORE, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, namely, a Ruger, model P95, .9mm semi-automatic pistol, S/N: 317-35953; and a Charter Arms, model bulldog pug, .44 caliber revolver, S/N: 22074, and ammunition.

[Title 18, United States Code, Section 922(g)(1)]

This criminal complaint is based on these facts:

On July 29, 1999 in the Criminal Court of Sullivan County Case # S42 and 345 Leslie ASHMORE pled guilty to charges of aggravated assault (2 counts), a class C felony. As a result, ASHMORE received a seven-year sentence with the Tennessee Department of Correction (TDOC). The offense date associated with this conviction is January 01, 1999.

On October 07, 2011, Kingsport Police Department (KPD) officers were dispatched to the Super 8 Hotel on Lynn Garden Drive regarding a person passed out inside of a running vehicle. Responding officers found a silver Buick La Sabre with a white male inside that appeared to be passed out. The officers made contact with the person and identified him as Leslie ASHMORE. ASHMORE was asked if he had medical problems or had taken any prescription medication. ASHMORE stated that he had not. The officer noted that ASHMORE had constricted pupils.

Officers asked ASHMORE to step out of the vehicle and perform a field sobriety test, ASHMORE agreed. Before performing the test, officers conducted a pat down of ASHMORE's person for weapons. During the search, Officer Ferrell asked if he could search his person, ASHMORE stated "yes", officers also asked if ASHMORE had anything illegal inside the vehicle, ASHMORE responded "no". Officers then asked ASHMORE for consent to search the vehicle. ASHMORE stated "yes".

During the search of ASHMORE's person, officers found a cylinder in his right front pocket. The cylinder contained suspected crack cocaine. At this point, ASHMORE was placed under arrest. A search of ASHMORE's person incident to arrest produced a glass pipe and a scraper in his right cargo pocket. Additionally, officers located $863.00 in his wallet along with a razor.

Continuing the investigation, officers conducted a search of the vehicle. A search of the interior produced a ripped brillo pad (commonly used to smoke crack cocaine) and a .40 caliber round of ammunition in the center console. During a search of the trunk, officers located a black ski mask, two sets of gloves, several syringes, a plastic bag containing several prescription bottles of medications prescribed to Kathy Condry, and a locked box which required a key to open. Officer Ferrell recalled during the search of ASHMORE's person that he had a key clip on

his belt. Officer Ferrell asked ASHMORE if he had the key to the locked box, ASHMORE responded that he did not. Officers then located a small black key on ASHMORE's key ring that said "fire safe". Officers tried the key on the locked box, which opened.

Inside the box, officers found two firearms: a Ruger, model P95, .9mm semi-automatic pistol, S/N: 317-35953 (the firearm was found with eleven rounds loaded inside the magazine); and a Charter Arms, model bulldog pug, .44 caliber revolver, S/N: 22074 (loaded). Also inside the box were several rounds of ammunition, gloves and additional drug paraphernalia.

On October 11, 2011, S/A Jenkins interviewed KPD Detective Frank Light regarding ASHMORE's felony conviction. Detective Light identified a presented photograph as Leslie ASHMORE and stated that he had participated in the investigation and prosecution which led to ASHMORE's conviction.

On October 13, 2011 Special Agent David Wiley determined the Ruger, model P95, .9mm semi-automatic pistol, S/N: 317-35953 and the Charter Arms, model bulldog pug, .44 caliber revolver, S/N: 22074 were manufactured outside of the State of Tennessee and must have affected interstate commerce. The firearms listed below were also determined to be modern firearms as defined by federal law. S/A Wiley also test fired the firearms and both functioned as designed.

_____
Complainant's signature

Jamie Jenkins  S/A  ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/20/2011

_____
Judge's signature

City and state: Greeneville, Tennessee

Dennis H. Inman
Printed name and title